IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CORY D. GRAY,<br><br>　　　　　　Defendant. | 8:4CR175<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's motion to continue the status conference, (Filing No. 63), is granted.

2) A status conference will be at 2:30 p.m. on March 19, 2013 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant, defense counsel, and counsel for the government shall attend the conference.

February 5, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge