IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>CORY D. GRAY,<br><br>               Defendant. | **8:04CR175**<br><br>**MEMORANDUM AND ORDER** |

Defendant has moved to continue the status hearing set March 19, 2013. (Filing No. 65). As explained in the motion, the defendant wishes to plead in a related case (USA v. Cory D. Gray, 8:12CR383) before the status hearing in this case can be held. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 65), is granted.

2) The defendant's status hearing will be held before the undersigned magistrate judge on April 16, 2013 at 3:15 p.m.. The defendant is ordered to appear at this hearing.

March 18, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge